THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY JOHNSON, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of JOSEPH CIBULAS and ELIZABETH CIBULAS, Respondents, against THE VILLAGE OF MENANDS, NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN LAPORE, Appellant, v. WALTER B. MARTIN, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

JOHN F. KIRN, Appellant, v. HOLTON V. NOYES, as Commissioner of Agriculture and Markets of the State of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

ROLLAND M. PURDY, Respondent, v. JAMES E. McGARITY, Appellant.— Motion for leave to appeal to the Court of Appeals and for the certification of questions denied. Present — Crapser, Acting P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application of GEORGE F. CAMFIELD, Appellant, for an Order against CATHERINE MEALY and Others, Constituting the Civil Service Commission of the City of Mechanicville, N. Y., and JOHN B. FOSTER, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of NELLIE WOODHAM, Respondent, against A. VICTOR & COMPANY and THE OCEAN ACCIDENT & GUARANTEE COMPANY, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Claim of DOROTHY KATHLEEN MURPHY, Respondent, against MARY IMMACULATE HOSPITAL and THE MASSACHUSETTS BONDING & INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.